| | | |
|---|---|---|
| In re Report of the Commission on | : | 1999 TERM |
| Continuing Legal Education | : | |
| | : | ORDER |
| [Name of Attorney] | | |
| (#[Attorney Registration No.] ), | | |
| Respondent. | | [Filed January 15, 1999] |

This matter originated in this Court on the filing of a report by the Commission on Continuing Legal Education (the "Commission") pursuant to Gov.Bar R. X, Sec. 6, Div. (A)(1)(b) and Div. (A)(2)(d). The Commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 1996–1997 reporting period.

On November 18, 1998, pursuant to Gov.Bar R. X, Sec. 6, Div. (B)(1), this Court issued to the respondent an order to show cause why the recommended sanction should not be adopted by the Court and an order so entered against the respondent. Pursuant to the order to show cause, respondent has tendered payment in the amount of the recommended sanction, in lieu of filing objections. Upon consideration thereof,

IT IS ORDERED by the Court that the sanction of $[ ] is hereby imposed upon the respondent and payment of the sanction is acknowledged.

IT IS FURTHER ORDERED by the Court that this Order shall not be considered a disciplinary order pursuant to Gov.Bar R. V or Gov.Bar R. X, Sec. 6, Div. H.

IT IS FURTHER ORDERED by the Court that the Clerk shall send this order by certified mail to the respondent at the business address registered with the Clerk under Gov.Bar R. VI; that, if this order is returned as undeliverable or unclaimed, the Clerk shall resend it by regular mail to the respondent at the residence address registered with the Clerk; and that service of this order in accordance with the foregoing shall be deemed effective service.

IT IS FURTHER ORDERED that, payment of the sanction notwithstanding, respondent shall comply with the requirements imposed by Gov.Bar R. X for the 1996–1997 reporting period. See CLE Reg. 503.4.

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| John Bradley Eckert | 0024518 | | FL | | | $100.00 |
| Sonya Michelle Jones | 0039307 | | MD | | | $240.00 |
| Richard Paul Broz | 0005246 | Cuyahoga | OH | | | $340.00 |
| Edward Michael Andros | 0009700 | Cuyahoga | OH | | | $100.00 |
| Norman Anthony Fuerst | 0018044 | Cuyahoga | OH | | | $100.00 |
| Michael Robert Kamen | 0055816 | Cuyahoga | OH | | | $250.00 |
| Anthony Koukoutas | 0066500 | Summit | OH | | | $150.00 |
| Anthony Michael Bernard | 0020333 | Trumbull | OH | | | $100.00 |
| Gregory Lewis Hammond | 0015717 | | CA | | CA | $250.00 |
| Karl Bozicevic | 0037314 | | CA | | CA | $220.00 |
| Alan Ray Barnes | 0063688 | | CA | | CA | $150.00 |
| Angelene Bonner | 0064307 | | CA | | CA | $350.00 |
| Arthur Morton Litt | 0024161 | | CO | | CO | $350.00 |
| Bert Japikse | 0006375 | | VA | | DC | $490.00 |
| Michael Lee Lieberman | 0038163 | | DC | | DC | $80.00 |
| Julie Kay Hoffman | 0065707 | | DC | | DC | $100.00 |
| Dominick Joseph Graziano | 0015828 | | FL | | FL | $100.00 |
| Nyjola Stella Grybauskas | 0026654 | | FL | | FL | $150.00 |
| John Leo Caldwell | 0067300 | | FL | | FL | $160.00 |
| Frank Joseph DiMarino | 0025416 | | GA | | GA | $100.00 |
| Doris Clanton Hobson | 0025520 | | GA | | GA | $540.00 |
| Sara Allswede Arons | 0061186 | | GA | | GA | $150.00 |
| Marva Owens James | 0064631 | | GA | | GA | $100.00 |
| John Sheldon Kendall | 0046574 | | IL | | IL | $65.00 |
| Raymond Henry Kiefer | 0048839 | | IL | | IL | $55.00 |
| Paul Andrew Greve Jr. | 0015027 | | IN | | IN | $150.00 |
| Patricia Louise Lyons | 0015481 | | IN | | IN | $640.00 |
| Thomas Martin Dixon | 0062386 | | IN | | IN | $150.00 |
| Steven Allen Goodman | 0036933 | | KY | | KY | $100.00 |
| Phillip Bruce Leslie | 0062658 | | KY | | KY | $150.00 |
| Paul Joseph Darpel | 0064453 | | KY | | KY | $70.00 |
| Robert Daniel Dilts | 0065628 | | KY | | KY | $100.00 |
| Charles Mark Kiesling | 0019576 | Franklin | OH | | KY | $180.00 |
| Roger Degraff Billings Jr. | 0000678 | Hamilton | OH | | KY | $150.00 |
| Bradley Jay Klose | 0019150 | | MA | | MA | $70.00 |
| Rhonda Joy Kroll | 0027278 | | MI | | MI | $150.00 |
| Stephen Peter Afendoulis | 0031785 | | MI | | MI | $150.00 |
| Harry Ingleson, II | 0061035 | | MI | | MI | $290.00 |
| John Mather Conway | 0064724 | | MI | | MI | $150.00 |
| Walker Jameson Blakey | 0023916 | | NC | | NC | $750.00 |
| Stuart J. Alterman | 0034333 | | NJ | | NJ | $600.00 |
| Sandra Lee Dunbar | 0011503 | | NY | | NY | $310.00 |
| Philip Arwood Byler | 0034303 | | NY | | NY | $430.00 |
| Lawrence John Licitra | 0039209 | | NY | | NY | $70.00 |
| Ebenhaezer Johannes Lubbe | 0040944 | | NY | | NY | $100.00 |
| Keith Andrew Brady | 0059568 | | NJ | | NY | $100.00 |
| Scott Brian Lang | 0017008 | | PA | | PA | $280.00 |
| Paul Curtis Clark | 0031775 | | PA | | PA | $750.00 |
| Miles K. Karson Jr. | 0037594 | | PA | | PA | $150.00 |
| Christopher Jude Bellavia | 0063828 | | PA | | PA | $150.00 |
| Cristy Jo Smith | 0065456 | | NC | | PA | $100.00 |
| Joseph Ricardo Lefft | 0037259 | | SC | | SC | $230.00 |
| David Lamar Little Jr. | 0056122 | | NC | | SC | $350.00 |
| Henry Clay Bridgeforth Jr. | 0038388 | | TN | | TN | $750.00 |
| Bruce Stuart Friedman | 0011062 | | TX | | TX | $250.00 |
| Richard Harold Braucher | 0016729 | | TX | | TX | $150.00 |
| David Jackson Lyon | 0011035 | | UT | | UT | $370.00 |
| Patricia Ann Dicke | 0032882 | | VA | | VA | $270.00 |
| Bettina Charisse Altizer | 0040953 | | VA | | VA | $360.00 |
| Lawrence Philip Hosey | 0041609 | | VA | | VA | $150.00 |
| Jonathan Edward Becker | 0063890 | | VA | | VA | $270.00 |
| Richard Gallatin Gay | 0010286 | | WV | | WV | $55.00 |
| Peter Stephen Giannirakis | 0034097 | | PA | | WV | $55.00 |

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| James Thomas Carey | 0066197 | | WV | | WV | $600.00 |
| Andrew Calvin Balyeat | 0030440 | | OR | Allen | OH | $100.00 |
| James Earl Cooney | 0009251 | Butler | OH | Butler | OH | $100.00 |
| Patrick Arthur Binns | 0024116 | Butler | OH | Butler | OH | $100.00 |
| Richard Norman Koehler II | 0031407 | Butler | OH | Butler | OH | $65.00 |
| Joyce Ann Campbell | 0039687 | Butler | OH | Butler | OH | $100.00 |
| David Lee Heitfield | 0062755 | Butler | OH | Butler | OH | $150.00 |
| Linda Joanne Cushman | 0043543 | Clark | OH | Clark | OH | $100.00 |
| Tracy Lea Bradford | 0058556 | Franklin | OH | Clark | OH | $150.00 |
| Stephanie Anne Wyler | 0025299 | Clermont | OH | Clermont | OH | $100.00 |
| Richard Allen Luther | 0020164 | Columbiana | OH | Columbiana | OH | $100.00 |
| Gerald Seymour Gold | 0001138 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Thomas Christopher Losh | 0003904 | Cuyahoga | OH | Cuyahoga | OH | $270.00 |
| Ronald Allen Gold | 0007088 | Cuyahoga | OH | Cuyahoga | OH | $700.00 |
| Stephen Charles Ellis | 0013167 | Cuyahoga | OH | Cuyahoga | OH | $180.00 |
| Cecelia Ellen Connally | 0015511 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| William Thomas Doyle Jr. | 0016119 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Una Harris Keenon | 0018504 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| William Ben Davies | 0021619 | Cuyahoga | OH | Cuyahoga | OH | $160.00 |
| Merrill Howard Henkin | 0022136 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Charles Blaise Lazzaro | 0022281 | Cuyahoga | OH | Cuyahoga | OH | $55.00 |
| Marcia Walker Johnson | 0025436 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Steven Alan Freedman | 0025528 | Cuyahoga | OH | Cuyahoga | OH | $520.00 |
| Dennis Robert Lansdowne | 0026036 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Glenn Joseph Brokaw | 0029117 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Peter Lawson Jones | 0029404 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Gordon Richard Friedrich | 0033540 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Ilene Butensky Brehm | 0034409 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Stephen Corcoran Foley | 0037488 | Cuyahoga | OH | Cuyahoga | OH | $500.00 |
| Stephen Fredrick Dobscha | 0039197 | Cuyahoga | OH | Cuyahoga | OH | $230.00 |
| James Robert Goodluck | 0041346 | Cuyahoga | OH | Cuyahoga | OH | $340.00 |
| Mario Joseph Fazio | 0042284 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Katherine Haka Hughes | 0044024 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Martin Thomas Galvin | 0063624 | Cuyahoga | OH | Cuyahoga | OH | $55.00 |
| Mark Lloyd Belleville | 0065801 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Linda Marie Frazier | 0066276 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Perry Marvin Kendall, Jr. | 0066297 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Brooks Joseph Chapin | 0067268 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Barry Timothy Doyle | 0042865 | Geauga | OH | Cuyahoga | OH | $650.00 |
| Robert Michael Carter | 0022173 | Summit | OH | Cuyahoga | OH | $150.00 |
| Susan Renee Seliga | 0065727 | Summit | OH | Cuyahoga | OH | $70.00 |
| Thomas Eugene Burns | 0065536 | Erie | OH | Erie | OH | $150.00 |
| Charles Jeffery Lantz | 0016201 | Fairfield | OH | Fairfield | OH | $210.00 |
| James Burton Farmer | 0011605 | Delaware | OH | Franklin | OH | $150.00 |
| Rodman Reynolds Ensminger | 0039507 | Delaware | OH | Franklin | OH | $150.00 |
| Thomas James Foody | 0015138 | Franklin | OH | Franklin | OH | $230.00 |
| Kevin Ferguson Kurgis | 0017165 | Franklin | OH | Franklin | OH | $80.00 |
| James Aloysius Carr | 0022840 | Franklin | OH | Franklin | OH | $150.00 |
| Jeffrey Thomas Hayes | 0023066 | Franklin | OH | Franklin | OH | $330.00 |
| Stephen Paul Ames | 0023444 | Franklin | OH | Franklin | OH | $640.00 |
| Ric Daniell | 0032072 | Franklin | OH | Franklin | OH | $490.00 |
| Louis Bernard LaCour | 0032494 | Franklin | OH | Franklin | OH | $90.00 |
| Henry Louis Fein | 0036915 | Franklin | OH | Franklin | OH | $600.00 |
| Sean O'Reilly Boyle | 0039586 | Franklin | OH | Franklin | OH | $210.00 |
| Freeman Thomas Eagleson III | 0053388 | Franklin | OH | Franklin | OH | $150.00 |
| Michael Braunstein | 0060898 | Franklin | OH | Franklin | OH | $240.00 |
| Scott Lawrence Evans | 0064528 | Franklin | OH | Franklin | OH | $250.00 |
| Christopher Alan Flint | 0064927 | Franklin | OH | Franklin | OH | $250.00 |
| Christopher Robert Buchan | 0064950 | Franklin | OH | Franklin | OH | $250.00 |
| John Paul Graceffo | 0065930 | Franklin | OH | Franklin | OH | $150.00 |
| Sean Patrick DeVillers | 0066963 | Franklin | OH | Franklin | OH | $150.00 |
| Thomas Donald Kitch | 0067448 | Franklin | OH | Franklin | OH | $150.00 |
| Samuel Walton Grossmann | 0067666 | Franklin | OH | Franklin | OH | $150.00 |
| Thomas John Broschak | 0019547 | Licking | OH | Franklin | OH | $680.00 |

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| Susan Joy Greene | 0064442 | Cuyahoga | OH | Geauga | OH | $310.00 |
| Matthew Joseph Dumont Lynch | 0027132 | Geauga | OH | Geauga | OH | $100.00 |
| Douglas George Houston | 0065263 | Greene | OH | Greene | OH | $100.00 |
| Brian Edward Chapman | 0039826 | | KY | Hamilton | OH | $150.00 |
| Karen Rae Johanfes Bowman | 0058632 | | FL | Hamilton | OH | $155.00 |
| Craig L. Farrish | 0067028 | | KY | Hamilton | OH | $150.00 |
| David Thomson Croall | 0009149 | Butler | OH | Hamilton | OH | $65.00 |
| Michael Joseph Doppes | 0010656 | Hamilton | OH | Hamilton | OH | $150.00 |
| Vaughn Buchanan Davis | 0026013 | Hamilton | OH | Hamilton | OH | $150.00 |
| Stephen Blair Hoffsis | 0037365 | Hamilton | OH | Hamilton | OH | $150.00 |
| Edward Schmertz Dorsey | 0037630 | Hamilton | OH | Hamilton | OH | $100.00 |
| William V. Killoran Jr. | 0055842 | Hamilton | OH | Hamilton | OH | $150.00 |
| Janine Marie Dascenzo | 0061903 | Hamilton | OH | Hamilton | OH | $100.00 |
| David Henry Boyd | 0065401 | Hamilton | OH | Hamilton | OH | $490.00 |
| Andrew Gerald Ice | 0065831 | Hamilton | OH | Hamilton | OH | $150.00 |
| Patricia Jill Dailey | 0066512 | Hamilton | OH | Hamilton | OH | $150.00 |
| John Alexander Kissh Jr. | 0023754 | Hancock | OH | Hancock | OH | $100.00 |
| Steven Duane Christopher | 0014759 | Hardin | OH | Hancock | OH | $100.00 |
| Scott Nelson Barrett | 0003218 | Hardin | OH | Hardin | OH | $100.00 |
| John Donovan | 0003219 | Henry | OH | Henry | OH | $150.00 |
| Erin Lorinda Adams | 0068145 | Cuyahoga | OH | Lake | OH | $150.00 |
| Joseph Michael Gurley | 0011463 | Lake | OH | Lake | OH | $100.00 |
| R. Russell Kubyn | 0029510 | Lake | OH | Lake | OH | $100.00 |
| Kenneth Jude Cahill | 0056207 | Lake | OH | Lake | OH | $250.00 |
| Stephanie Gail Gussler | 0059803 | Licking | OH | Licking | OH | $210.00 |
| Amar Dasari Babu | 0063014 | Licking | OH | Licking | OH | $150.00 |
| John Charles Kramer | 0021366 | Lucas | OH | Lucas | OH | $210.00 |
| Eden S. Feldstein | 0036941 | Lucas | OH | Lucas | OH | $150.00 |
| Vicki Jayne English | 0047178 | Lucas | OH | Lucas | OH | $340.00 |
| Robert Scott Lutton | 0062503 | Lucas | OH | Lucas | OH | $70.00 |
| William Fellows Hayes | 0023905 | Wood | OH | Lucas | OH | $80.00 |
| Joseph Stephen Donchess | 0009548 | Mahoning | OH | Mahoning | OH | $215.00 |
| Eugene John Fehr | 0019443 | Mahoning | OH | Mahoning | OH | $150.00 |
| Bertram Richard Burdman | 0032016 | Trumbull | OH | Mahoning | OH | $340.00 |
| David Graff Borland | 0023410 | Medina | OH | Medina | OH | $540.00 |
| John Edward Hart | 0037279 | Greene | OH | Montgomery | OH | $150.00 |
| Gordon Harvey Lewis | 0023561 | Montgomery | OH | Montgomery | OH | $70.00 |
| Robert Allen Bostick | 0023870 | Montgomery | OH | Montgomery | OH | $150.00 |
| Karen Jeanne Blackwell | 0024473 | Montgomery | OH | Montgomery | OH | $150.00 |
| Charles Gilmary Hallinan | 0025666 | Montgomery | OH | Montgomery | OH | $370.00 |
| Ellen Sue Leffak | 0029586 | Montgomery | OH | Montgomery | OH | $150.00 |
| David Morgan Lewis | 0033130 | Montgomery | OH | Montgomery | OH | $150.00 |
| Charles Davis Lowe | 0033209 | Montgomery | OH | Montgomery | OH | $390.00 |
| Scott Thomas Hillis | 0042087 | Muskingum | OH | Muskingum | OH | $150.00 |
| Clyde Harold Collins | 0025260 | Morgan | OH | Perry | OH | $250.00 |
| Charles Robert Junk Jr. | 0056250 | Pike | OH | Pike | OH | $150.00 |
| George Willard Cochran Jr. | 0031691 | Portage | OH | Portage | OH | $200.00 |
| John Marc Ericsson | 0063545 | Hamilton | OH | Richland | OH | $160.00 |
| John Mark Haseley | 0063042 | Athens | OH | Scioto | OH | $600.00 |
| Thomas Donaldson Johnston | 0012729 | Stark | OH | Stark | OH | $80.00 |
| Robert Michael Bonchack | 0032958 | Stark | OH | Summit | OH | $205.00 |
| David Mahlon Lowry | 0031017 | Summit | OH | Summit | OH | $55.00 |
| Mark William Bernlohr | 0038640 | Summit | OH | Summit | OH | $150.00 |
| Michael Alan Jones | 0039480 | Summit | OH | Summit | OH | $150.00 |
| Michael Anthony Creveling | 0062916 | Summit | OH | Summit | OH | $150.00 |
| Anthony Louis Antonucci | 0024710 | Trumbull | OH | Trumbull | OH | $100.00 |
| John Conrad Heinkel | 0023157 | Union | OH | Union | OH | $150.00 |
| Edward Ferdinand Clark | 0002534 | Van Wert | OH | Van Wert | OH | $100.00 |
| George Francis Crummey | 0032558 | Van Wert | OH | Van Wert | OH | $350.00 |
| Mark Thomas Florence | 0012340 | Warren | OH | Warren | OH | $100.00 |
| Carlos Alberto Cordova | 0030188 | Wood | OH | Wood | OH | $280.00 |